UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KATRINA LYNCH
    Reg. No. 41982-509,
    Petitioner,

vs.                                                                      Case No. 5:22-cv-175/TKW/MAL

WARDEN, F.C.I. MARIANNA,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 on August 31, 2022. Doc. 1. Petitioner seeks application of sentencing credits she claims she is due under the First Step Act.

Petitioner did not submit complete service copies of her petition. *See* Doc. 7. Therefore, on November 3, 2022, the court directed Petitioner to provide two complete copies of the missing six pages of attachments to her amended petition, or in the alternative, payment in the amount of $6.00 for the clerk to make copies for her. Doc. 8. She was instructed to do this on or before December 2, 2022, and she was warned that her failure to timely comply with an order of the court would result in a recommendation of dismissal of this case. That deadline elapsed, and Petitioner provided neither the requisite copies nor payment.

1

On December 8, 2022, the undersigned entered an Order to Show Cause why this case should not be dismissed for Petitioner's failure to comply with a court order. Doc. 7. The order provided that the show cause order would be discharged if Petitioner complied with the November 3, 2022 order within the fourteen-day time provided. Petitioner was again warned that failure to comply would result in a recommendation of dismissal of this case. Notwithstanding this admonition, the December 22, 2022 deadline passed and Petitioner still has not responded.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R.R.*, 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order, typically upon motion of the defendant. *See Moon v. Newsome*, 863 F.2d 835, 838 (11th Cir. 1989) (citing cases). Rule 41.1 of the Local Rules of the Northern District of Florida also authorizes the court to impose sanctions, up to and including dismissal, for failure to comply with a rule or court order. Thus, because Petitioner has failed to comply with Court orders necessary for the continuation of her case, her petition should be dismissed without prejudice.

Accordingly, it is respectfully RECOMMENDED:

    1.    Petitioner's petition under 28 U.S.C. § 2241 be **DISMISSED** without prejudice.

    2.    The clerk be directed to close the case file.

At Gainesville, Florida on January 3, 2023.

s/ *Midori A. Lowry*
Midori A. Lowry
United States Magistrate Judge

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.